MARGARET MURPHY, as Administratrix, etc., Respondent, *v.* THE ONONDAGA IRON COMPANY, Appellant.

(Argued March 6, 1882 ; decided March 14, 1882.)

*Hiscock, Gifford & Doheny* for appellant

*William C. Ruger* for respondent.

Agree to affirm ; no opinion.

Judgment affirmed.

---

GEORGE NEBER, Respondent, *v.* ALBERT G. HATCH, Executor, etc., Appellant.

(Submitted March 8, 1882 ; decided March 21, 1882.)

*Henry W. Box* for appellant.

*Martin Clark* for respondent.

Agree to affirm on opinion below.

All concur, except ANDREWS, Ch. J., who did not vote.

Judgment affirmed.